# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV07-1231-DOC(RNBx)        Date   August 21, 2008

Title   DAVID Y. SHABESTARI -V- ELODIA NAVARRO, ET. AL.,

---

Present: The Honorable    DAVID O. CARTER

| Kristee Hopkins | NONE PRESENT | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

NONE      NONE

Proceedings:   (In Chambers)   ORDER TO SHOW CAUSE RE DISMISSAL RETURNABLE SEPTEMBER 4, 2008

    Counsel are hereby ordered to show cause in writing no later than **September 4, 2008**, why this case should not be dismissed for lack of prosecution. No oral argument of this matter will be heard unless ordered by the Court. The Order to Show Cause will stand submitted upon filing of plaintiff(s) response.

    Counsel is advised that the Court will consider the filing of:

       X       Answer by the defendant(s)

       X       Plaintiff's successful filing of request for the clerk to enter default, default judgment or filing of a motion for entry of default judgment

on or before the date upon which the response is due.

    The Clerk shall serve this minute order on counsel for all parties in this action.

                                                                                                :    0

Initials of Preparer    kh